## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANK VINCENT THOMAS, #M-17318, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 10-cv-997-GPM ) ) |
| JOHN COX, GLADYSE TAYLOR, and PAT QUINN, | ) ) ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Frank Vincent Thomas shall recover nothing, and the action be **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: 7/27/2011

NANCY J. ROSENSTENGEL, CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge